AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>**ESRA CAMCI**<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 11-8307AEV |

FILED by _____ D.C.

JUL 2 7 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 27, 2007 to present__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A | Stalking |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

John J. MacVeigh, IV, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 27, 2011

_Judge's signature_

City and state: West Palm Beach, FL

Ann E. Vitunac, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, JOHN J. MACVEIGH IV, being duly sworn, do state and attest as follows:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 29, 1995. I am currently assigned to the Palm Beach County, Florida resident agency of the FBI.

2. This affidavit is based on your affiant's knowledge of this investigation and on information provided to your affiant by other law enforcement officers and witnesses. Not all the facts known to your affiant have been included in this affidavit, but only such facts as are necessary to establish probable cause for the arrest of **ESRA CAMCI**, a white female, year of birth, 1971.

3. In 2006, the victim began communicating with **CAMCI** through an internet dating service. **CAMCI** lived in Istanbul, Turkey. **CAMCI** sent hundreds of instant messages to the victim proposing to meet in person. The victim and **CAMCI** met in Miami, Florida in December 2006 and at least one more time the following month. **CAMCI** expressed from the first meeting that she was interested in marrying the victim.

4. In January 2007, **CAMCI** moved in to the victim's residence in the state of Rhode Island. The victim and **CAMCI** traveled to Istanbul, Turkey to meet **CAMCI**'s family. The victim stayed in Istanbul for approximately one week. **CAMCI** continued to talk about the two of them marrying and living in the United States. **CAMCI** was very interested in the victim's business. **CAMCI** told the victim that she had many important people in Istanbul, Turkey who would like to work with the victim. **CAMCI** and the victim

1

returned to the United States. During the following two months, **CAMCI** became very unstable and violent toward the victim. **CAMCI** pulled a knife on the victim during one such encounter when the victim told **CAMCI** he did not want to continue the relationship. During the second incident **CAMCI** pulled a knife on the victim for no apparent reason. The victim attempted to remove the knife from **CAMCI** and the victim stated it appeared that **CAMCI** liked the force used by the victim to remove the knife. The victim decided to end the relationship, but did not want to do it alone. The victim became friends with **CAMCI**i's brother who lived in Orlando, Florida. The victim talked to the brother and asked his assistance in telling **CAMCI** that he wanted to end the relationship. So the victim, **CAMCI** and **CAMCI**'s brother traveled to Palm Beach Gardens, Florida to visit the victim's mother. **CAMCI** was told in front of all the parties that the victim wanted to end the relationship. **CAMCI** had to be physically restrained at the house by her brother and escorted off the property by the development's security guards.

5. After the March 2007 incident at the victim's mother's residence, **CAMCI** began to email the victim from her email account, esra_camci@hotmail.com. In a majority of the emails, **CAMCI** expressed her desire to reunite with the victim. In April 2007, **CAMCI** entered the United States and flew to Palm Beach County, Florida. **CAMCI** attempted to gain access to the victim's mother's gated community with another blond haired woman implying that they needed to deliver a package to the parent's residence. **CAMCI** and the woman were denied access to the gated community. **CAMCI** continued to email the victim for more than one year expressing her desire to

be with the victim.

6. The victim moved from Rhode Island to Palm Beach County, Florida in 2007 to open an office for his business in North Palm Beach, Florida. **CAMCI** somehow learned that the victim had a new business location and a public website for his business. In August 2008, **CAMCI** began to telephone the victim's business every day until December 2008, speaking with the victim's employees. **CAMCI**'s requests escalated from asking, to begging, to demanding to speak with the victim. The employees repeatedly told **CAMCI** to stop calling the office, but she continued. The victim documented approximately 90 voice mails left by **CAMCI** on his business telephone system from August 2008 to December 2008.

7. In September 2008, **CAMCI** appeared at the victim's office after arriving from Turkey. The victim had posted no trespassing signs on his business door anticipating **CAMCI** might show up at his office. **CAMCI** entered through the front door and confronted one of the victim's employees. **CAMCI** demanded to meet with the victim, but the employees refused her. The North Palm Beach Police were called to the scene, case number 08-11250. The officer physically removed **CAMCI** after she resisted leaving the business. **CAMCI** was handcuffed and placed into the back of the police car, but she was released without being arrested. In November 2008, **CAMCI** returned again to the victim's business with a male friend and it appeared to the victim that this male friend was "muscle" **CAMCI** brought to the office. **CAMCI** entered the business with the male friend and demanded to meet with the victim. The employees ordered her to leave and threatened to call the police again. **CAMCI** left with her male

friend, identified as Niso Balkanabes. In December 2008, the victim was unable to continue his business and maintain the business telephone line at his North Palm Beach, Florida location with **CAMCI**'s consistent harassment. The victim closed the office and moved his office to his own residence. The victim's employees became in fear for their lives every time the front door to the office opened thinking that **CAMCI** would walk into the office.

9. In April 2009, the victim hired a private attorney to send a letter to **CAMCI** requesting that she cease and desist all her contacts with the victim. The letter was mailed to **CAMCI**'s home address in Turkey. Even after the attorney's letter, **CAMCI** continued to email the victim describing her desires and fantasies of getting back together and getting married. **CAMCI** mentioned in the emails that she knew the physical location of the victim's residence in Palm Beach Gardens, FL.

10. In October 2009, **CAMCI** sent an email to the victim telling him that she was coming to Palm Beach County to confront him about their relationship at 11:30 p.m. on the 28th of October. The victim moved his fiance to his mother's gated community for safety. **CAMCI** also threatened to travel to Sarasota, Florida and confront the victim's father about their relationship. **CAMCI** knew the physical address for the victim's father.

11. In June 2010, someone sent a taxi cab to the victim's parent's gated community to pick up the victim. After being turned away by the security guards twice, the driver gave the guards a note which stated that **CAMCI** was at the Best Western Hotel in West Palm Beach, Florida and that she was drowning in the hotel pool. **CAMCI**

wanted the victim to come to the hotel to help her. The security company contacted the local police to investigate the threat of drowning at the hotel pool and they located no such incident. The victim again moved his wife to his mother's residence for her safety.

12. The victim contacted his attorney again to file for a protection order with the local courts against **CAMCI**. On June 14, 2010, a notice of hearing was served on **CAMCI** together with a copy of the victim's Petition to the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida and a temporary injunction. On June 29, 2010, the Circuit Judge signed a Final Judgment of Injunction for Protection Against Repeat Violence by **CAMCI**. On August 6, 2010, a deputy sheriff in Franklin County, Ohio personally served **CAMCI** at 3155 El Greco Drive, 43204 with a true copy of the civil Protection Order in case number 502010DR007222. On August 17, 2010, the attorney filed the Notice of Filing Original Affidavit of Return of Service of Final Judgment of Injunction for Protection Against Repeat Violence on **CAMCI** with the Clerk of the Court in and for Palm Beach County, Florida.

13. Despite her knowledge of the court's protective order, **CAMCI** continued to email the victim, and the emails became violent in nature. The emails being sent from **CAMCI**'s email account still maintained some civil nature, but new emails from unknown senders began to appear. The following is a list of the senders of emails to the victim's business email account that all originate from the host server Hotmail:

1. Ian Slohan - ian-h-sloan@windowslive.com
2. Davi Conn - conndvd@hotmail.com
3. K. Mcclane - k.mcclane@rocketmail.com
4. Louis Friend - louisandfriend@live.com
5. Slosberg Slosberg - unitedbuilderssupply@live.com
6. Chris Distant relative - chris_connecticut@live.com

7. Dick Paulson - jerseyboydick@windowslive.com
8. Jimmy Charmingsolo - ramboincity@live.com
9. Overseas Business - businesswithlouis@windowslive.com
10. Kelly Krupa - kellydrupa@windowslive.com
11. Brian Cooper - briancooper2011@live.com

In the above list, the "Slosberg Slosberg" email address is very similar to the victim's father's business email account, but has a different server. "Brian Cooper" was identified as a security guard at PGA National Resort. The following is a list of the senders of emails to the victim's business email account that all originate from the host server Yahoo:

1. Judi Max - judimaxinneu@yahoo.com
2. Esra Camci - esrabella@yahoo.com
3. Cousins Palm Beach - louisandcousin@yahoo.com
4. Elizabeth Nieto - nietoelizabeth@yahoo.com
5. Sabine Graham-dixon - sgrahamdixon@yahoo.com
6. Michael Slosberg - michaelslosberg@ymail.com
7. Ivy Ross - ivy.ross@ymail.com
8. PGA National Home Manager - pgamationalhomes@ymail.com
9. Heidi Pearlson - heidipearlsonnannyfriend@yahoo.com
10. Melanie Gregory - gregorymelani@yahoo.com
11. Marshall goldsmith Library - goldsmithlibrary@ymail.com

In the above list, "Judi Max" sent the victim a series of emails pretending to be a close friend of the victim's ex-girlfriend, but the victim's ex-girlfriend does not know any Judi Max. "Elizabeth Nitto" is one of the victim's largest clients, but this is not her real email account. "Michael Slosberg" is actually the victim's step-father, but this is not his real email account. "Ivy Ross" is a co-author and client of the victim, but this is not his real email account. "Heidi Pearlson" is the victim's sister, but this is not her real email account. "Marshall Goldsmith" is a co-author and a client of the victim, but this is not his real email account.

6

The following is a list of the senders of emails to the victim's business email account that all originate from the host server Google:

1. Sokhna Diarra - sokhnadiarraa@gmail.com
2. Sofia XOXO - sofiawesterly1@gmail.com
3. Patti Federer - pattifederer4@gmail.com

In the above list, "Sokhna Diarra" sent a series of emails to the victim pretending to be the victim's step-sister. "SofiaXOXO" is the victim's step-cousin's daughter, but this not her real email account.

14. A review of the victim's business email account has calculated that **CAMCI** and these aforementioned email accounts have sent approximately 1,053 emails to the victim since 2007. The Internet Protocol (IP) number, which is a specific number assigned to a specific computer for tracking purposes, have varied throughout each of the emails sent to the victim. A search of the IP addresses for the fictitious email accounts and **CAMCI**'s authentic email account, esra_camci@hotmail.com, reveal that the physical location of the computers from which all the emails were sent was the same latitude (41.0186) and longitude (28.9647), which is within the city of Istanbul, Turkey.

15. The following is a sample of six emails sent to the victim from **CAMCI**'s fictitious accounts:

1. From: goldsmithlibrary@ymail.com;
Date: June 4, 2011, 12:33 p.m.
Subject: You must move to another office building without telling new address to Samantha
Content: Marshall Goldsmith recommend that you move your office building to another building and inform Samantha about new business suite. Which one is better: listening her stores/die and die or staying alive because she is in panic and will harm on you,

7

    she thinks you will harm J. Smith

2.     From: judimazinnortheasternuniversity@yahoo.com
    Date: July 2, 2011, 3:12 p.m.
    Subject: you are in danger, Patrick hired a security guard to shoot you
    Content: Hi Louis, Louis, the situation is quite serious than I expected. Heidi told Meredyth that Heidi wants revenge from Louis, heidi hired Patrick who is manipulative and hypocritical. You wont be able to protect yourself and Patrick will bring you financial complications and trouble. Patrick tries to rush you(to make mistake) to better grab what is yours. You are being trapped pretty soon because you hesitate from Patrick a lot, it means you are almost trapped. Patrick paid money to a man who is security guard in PGA National so that dangerous circumstances or situations of, which leads you wrong temptation will be very present. This security man will shoot you in PGA Nation as Patrick and Heidi planned. Don't let them killed by them. Heather said Louis is so coward that he will not tell about Patrick and Security guard to 15th Circuit Court. I am worring about you a lot. Judi

3.     From: judimazinnortheasternuniversity@yahoo.com
    Date: July 9, 2011, 12:56 p.m.
    Subject: THE MAN WHO HAS CURLY BROWN HAIR IS A BIG THREAT FOR YOU
    Content: heather heard that Heidi is happy because her hired gun is around you in PGA National. Your creativity is being threatened by a pessimistic person and brutal man from PGA National Management Office. He still doesn't delivere your letters/packing and he doesn't accept your visitor in PGA National. He refused your friends visits. Moreover, He wants to harm on you and even shoot you soon. Louis, 15th Circuit Court can protect you, whey don't you let the court investigate? Because one of the security guard who tied to harm on you and who was fired will CONFESS THE CURLY HAIRED MAN CRIME AGAINST YOU. The policemen will make three security guards/reception etc(who were hired by your mother Karen last month) talk about this man from PGA National management. YOU ARE WASTING YOUR TIME! TALK TO THE POLICE... These men are important PROOFS. NO NEED TO WORRY, pls don't be shy of the court! Because his man can damage your life anytime.. Judi

4.     From: pganationalhomes@ymail.com
    Date: July 9 2011, 2:42 p.m.

        Subject: a thret letter to Louis Carter
Content: This is a threat letter to Louis Carter. I am the person who works for Palm Beach Garden National management office. You will be abducted soon.  Will 5 days and will be out, it is better not to tell about me to anybody, watch you.  Am disappointed that you made your sister Heidi unhappy. She lost her husband.  There are private guards in Palm Beach Garden National but they are working for me.  Will revenge my friend who was a guard here and who was working for Karen Slosberg.

5.      From: gregorymelani@yahoo.com
Date:   July 10, 2011, 12:26 p.m.
Subject: Melanie will shoot you until July 11, she will go on holiday until July 11 so nobody will be doubtful
Content: Mr Carter, my husband heard from her friend that Rope is on holiday until July 11, wont work for you because she will harm on you during on her holiday. She will shoot you. She is after your money. Please go to your office until July 11.  Melanie

6.      From: judimazinnortheasternuniversity@yahoo.com
Date:   July 17, 2011, 4:52 p.m.
Subject: the man will follow you in drum circle cruzan rum bar
Content: Hi Louis, Michael told his daughter Karen that Louis goes to drum Cirle in Palm Beach cruzan rum bar and hired gun of Michael Slosberg will follow you in cruzan rum bar/drum cirle. Your life is in danger if you to drum cirle. Michael paid some people from cruzan rum bar Do you attend drum cirle activity, it is cool! but nobody can notice in the dark when he shoots you.  Do you got to any other social club because Michael's hired gun follows you did you send a letter with no name to policeman/call the policeman from city phone booth about Michael? The situation is getting dramatical Judi

16. **CAMCI**'s visits to his business, residence, his mother's residence, and the hundreds of emails has caused the victim to take personal security measures. **CAMCI**'s actions have caused the victim substantial emotional distress and have placed him, his family, and his employees in fear for their lives.

17. Based on the foregoing, your affiant submits that there is probable cause to arrest **ESRA CAMCI**, born in 1971, for Interstate Stalking, in violation of Title 18, United States Code, Section 2261A; which occurred in Palm Beach County, in the Southern District of Florida and elsewhere.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JOHN J. MACVEIGH, IV, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and Subscribed to
before me this 27 day
of July 2011.

_____
ANN E. VITUANC
UNITED STATES MAGISTRATE JUDGE

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8307-AEV

UNITED STATES OF AMERICA

vs.

ESRA CAMCI,

        **Defendant.**
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:     /s/ Brandy Brentari Galler
        BRANDY BRENTARI GALLER
        ASSISTANT UNITED STATES ATTORNEY
        Brandy.Galler@usdoj.gov
        Admin. No. A5501296
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777